IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01816-RPM

FRANK MAJOR,

        Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO AND
PARTICIPATING SUBSIDIARY COMPANIES
EMPLOYEES' LONG TERM DISABILITY INSURANCE PLAN,

        Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

The Court having determined that this case is now ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **October 23, 2006, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **October 19, 2006.**

Dated: September 27, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge