# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil No. 1:05-CV-1816

| | |
|---|---|
| Frank Major, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| Public Service Company of Colorado and ) | |
| Participating Subsidiary Companies ) | |
| Employees' Long Term Disability Insurance ) | |
| Plan, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

THIS COURT, having reviewed the Stipulation for Dismissal With Prejudice filed by the Parties, and being otherwise advised in the premises,

HEREBY ORDERS that the captioned action is dismissed with prejudice, each party to pay their own fees and costs in relation to this action.

DONE this 30th day of October, 2006.

BY THE COURT:

s/Richard P. Matsch
_____
U. S. District Court Judge